KEITH R. SCHIRMER, Esq. (087691)
JAMES HUAN LY, Esq. (289912)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
Email: kschirmer@esmlawfirm.com
        jly@esmlawfirm.com
Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JELIN,<br><br>        Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>        Defendant. | CASE NO. C16-5986 EDL<br><br>**DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S EXHIBIT SETTING FORTH QUALIFICATIONS AND EXPERIENCE OF EXPERT WITNESSES**<br><br>Date:     October 30, 2018<br>Time:    2:00 p.m.<br>Location: Courtroom E, 15th Floor |

Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT (hereafter the "District") hereby submits its Exhibit Setting Forth Qualifications and Experience of Expert Witnesses pursuant to the Corrected Case Management and Pretrial Order for Jury Trial (Doc. No. 19.)

The District will call expert witness Rhoma Young at trial. Ms. Young is a human resources consultant and is expected to testify regarding the policies/practices of the District, with special focus on the interactive process and accommodation options, leave of absence policies and implementation, communications to discuss accommodation considerations and return to work (potential RTW) issues dealing with potential disability issues of School Psychologist Barbara Jelin, the District's policies and practices on performance management.

The experience and qualifications of Ms. Young is set forth in curriculum vitae and list of

Disclosure of Expert Witness, Expert Witness Information, and Expert Witness Report     Case No.: C16-5986 EDL

1

1 | cases in which she has testified as an expert at trial or deposition, both of which is herein
2 | enclosed as Exhibit A.

3 | DATED: October 10, 2018                    EDRINGTON, SCHIRMER & MURPHY, LLP

4 |                                             _____
5 |                                             Keith R. Schirmer, Esq.
                                                James Huan Ly, Esq.
                                                Counsel for Defendant SAN RAMON VALLEY
6 |                                             UNIFIED SCHOOL DISTRICT

# EXHIBIT A

## **EXHIBIT A**

Professional background

HR Expert Witness Report

RY Professional background relevant to the Jelin matter

Over the last 35+ years in human resources, I have thoroughly examined the Human Resources (HR) policies and practices of many organizations, evaluated their effectiveness and make recommendations for change. Human resource and equal employment practices apply to recruiting, hiring, promotions, discipline, training, termination and compensation. . . basically all of the areas in how employees are selected and treated.

My consulting clientele is diverse in size and industry, ranging from Fortune 100 companies to small and mid-sized employers in health care, construction, manufacturing, retail, trucking, distribution, financial services and high tech. I have worked with numerous private companies and public entities in looking at policies, the implementation of those policies, their HR practices, staffing, performance management issues and problem investigation and resolution.  During my career, I also have a rather extensive background in working organization with a collective bargaining agreement (CBA, or MOU) in effect.  This often brings an additional layer of complexity to a situation, the communication to resolve issues and decision making process.

I taught Human Resource professionals at San Francisco State University, UC, Berkeley and Mills College. I have worked as an expert witness in many cases (testified in court over 100 times) and had to minutely examine the step-by-step HR practices that are the implementation of HR policies.  As part of my human resources consulting, I also advise organizations on policy content and implementation in a broad array of Human Resource areas, including case management in dealing with employee health and potential disability communications and implementation of accommodation issues.

A key area in my consulting practice is the conducting of policy and management practice audits.  A routine part of this audit practice covers Leaves of Absence (LOA), time away from and return to work policies, the implementation of disability case management, exploring practical and creative potential accommodations and the interactive process.  I have also advised and provided oversight to performance management issues and accountability in both union and non-union settings.

Much of my work over the last several years has focused on advising organizations how to prevent and respond to issues and complaints of discrimination. One of the major ways in which this prevention is demonstrated, is making sure that an organization has adequate and clear policies, including a working complaint and problem resolution mechanism.

Working with clients, I have advised organizations, investigated workplace issues and helped resolve highly sensitive situations that have involved allegations of discrimination, harassment and retaliation. The span includes issues of race, age, ethnic/national origin, gender, gender orientation, religion, disability and health related issues and other perceived problems of equity in the workplace.

I have researched labor market trends, skill and experience analysis and employment criteria as part of helping employees and employers define options in accommodation issues. I have also coordinated periodic functional analyses of both jobs and employees to determine possible "fit" into prior or alternative jobs.

If additional information becomes available, I will review it and be prepared to respond or submit an addendum to this report. I charge $495 per hour for research and analysis and $595 per hour for expert witness testimony. Fees from trial testimony are donated to the American Cancer Society. I have also co-authored two peer reviewed White Papers for the Society of Human Resources (SHRM) on prevention of discrimination/harassment in the workplace and the standards of care in investigation and resolving employee complaints and workplace problems.

**RHOMA YOUNG, HR Consultant**
Oakland, CA
(510) 530-6746
RYAA@earthlink.net
RYAA.com

## *Professional Experience*

### RHOMA YOUNG & ASSOCIATES, 1983-present

Managing Principal of successful HR/business consulting firm focusing on practical, common-sense and cost effective approaches to business and human resource management issues and problems. Clients range from large, Fortune 50 organizations, to ground breaking hi tech organiztions, to smaller electronics, bio-tech, distribution, health care, financial/ professional services, software development, food processing, construction and manufacturing firms.  Clients are public and private companies, not-for-profit organizations, individuals and local, state and federal governmental organizations.

- A recognized expert in HR and equal employment, which mandates active involvement and familiarity with the many facets of human resource management -- employee/labor relations, compensation and benefits, training and management development, organizational transition management, strategic planning and recruiting. Special projects include designing equity and fairness into a broad array of complex issues, such as:
    - facilitating definition and resolution of  "dicey" performance management situations
    - disability and accommodation/return to work case management options using the interactive process in a wide array of industries
    - design of special recruiting and employee selection programs to foster inclusion
    - comprehensive audits of the design and implementation of HR policies and practices
    - executive coaching
    - workforce restructuring

- Frequently use the hybrid background of being on both sides of the labor bargaining table and decades of professional HR experience with public, private and not-for-profit employers to testify as an expert witness for both plaintiffs and defendants in depositions, arbitrations and in litigation involving discrimination, harassment, retaliation, disability and mitigation of damages.  This includes related HR areas, such as employment background screening, hiring and selection, employee development, workforce planning, investigations, efforts "to prevent" and the more generalized aspects of performance management.

- Frequently asked by an organization's top management and/or Board of Directors to act as a "neutral third party"--investigating, analyzing, mediating/negotiating and gaining acceptance of, sometimes, creative or non-traditional solutions. This is often in very complex, dramatic and high profile situations of percieved unfair treatment, overt and covert bias, discrimination, harassment, retaliation and performance management situations.

- Conduct one-on-one, intensive "charm school" sessions to help executives and managers communicate and manage more effectively and advise their management on how to best support needed changes. Also have been sought out by organization executives to provide ongoing, one-on-one executive coaching.

- Use a broad knowledge and extensive experience with varied industries, career areas and labor market analyses to conduct targeted executive search activities, assess the viability of individual job search efforts, provide individual and group career planning/coaching and customized outplacement. Consult and provide expert witness testimony in mitigation of damages, evaluate individual job search efforts and research and explore viable options for labor market/marketplace/occupational assessments.

- Building on extensive experience in workforce and workplace reorganizations and reductions, design highly tailored programs to maximize continuing employee commitment and productivity. This covers planning for, communication and implementing decisions about who stays and who goes, accompanying legal concerns, benefits, outplacement, separation packages, and transition counseling/communications. My work deals with the fears and expectations of those "left behind", while also focusing on skills needed for future organizational needs.

- Taught at University of California, Berkeley, Mills College and San Francisco State University, teaching classes in Affirmative Action/EEO, managing employee performance/performance appraisal design, workplace investigations, resolving employee concerns and defining employee accountability.

**BOISE CASCADE CORPORATION** (31,000 employees), 1980-1983
*Multibillion dollar paper and forest products company with 250 + locations, headquartered in Boise, Idaho.*

Directed corporate-wide division and employee relations staff on Equal Employment and Affirmative Action Plan and compliance. This included conducting and providing corporate oversite and direction of over 250 Affirmative Action Plans and Company – wide complaint investigation, negotiation and resolution. Designed and implemented corporate EEO/AA policies and program initiatives to support business strategies aimed

at, often creatively, increasing ethnic, cultural and gender representation and diversity, including the disabled and expand career options for women in traditionally male dominated jobs and industries.

**GENERAL MOTORS CORPORATION**, Fisher Body Division, 1978-1980
*28 metal fabrication, trim, hardware, engineering/design and automotive assembly plants, 90,000 + employees, Detroit, Michigan.*

On Division Labor staff, then managed labor relations at the downtown Detroit Fleetwood (Cadillac) assembly plant, (5,000 plus hourly employees) to negotiate and get support for, then implement and administer a complex local agreement. The focus was on reducing a high grievance volume and convince a militant and divisive union local to recognize, and ultimately participate in and support ambitious mutual union/management goals for improved quality and profit. This occurred during a period of major layoffs and stepped up productivity requirements in an increasingly competitive marketplace.

**COUNTY OF LOS ANGELES** (83,000 employees), 1964-1978
*Fourteen years of progressively responsible experience in personnel, the Chief Administrative Office and the Probation Department.*

As a Probation Officer, investigated and supervised adults and juveniles in custody and residing in the community. Implemented a more systematic method to objectively assess and identify feasible options for Superior Court judges in sentencing convicted felons, including that challenge of whitee collar crimes with hoped for restitution.

Directed a highly effective job placement program to successfully get jobs and employ ex-offenders in a wide array of industries. Worked closely withbusiness organizations and labor unions to increase employment retention on inmates released from custody. Advised Correctional organizations on viable internal and external occupational training options matched to the actual job market.

In HR, audited County HR practices and then implemented major changes in training, personnel/HR practices, compensation structure, budget priorities and information systems. Researched and implemented job share, half and flex-time positions, a managerial potential assessment center and career development program. Active in CBA negotiations on both sides of the bargaining table with SEIU and AFSCME.

## *Education*

M.A., Administration and Management, Pepperdine University, Los Angeles

Graduate work and executive development programs in business management, supervision, employment, labor-management negotiations and employment/labor law, and HR policies and practices:
➢ Wharton School, University of Pennsylvania

- University of Chicago
- UCLA Graduate School of Business Management
- Cornell University, Weinberg Fellow, School of Industrial and Labor Relations
- California Institute of Technology, Industrial Relations Center

Certificate in Counseling and Psychology, University of Southern California
Certificate in Conducting Workplace Investigations, AWI Institute

B.A., History, University of California, Los Angeles

## *Additional*

Was on the business advisory committee to the Board of Directors for privately held, but rapidly growing Specialty's Bakery/Café headquartered in San Francisco. Actively participated in the eventual "liquidity", when sold to FEMSA.

Continuously active on the Boards of several community and non-profit organizations, doing strategic planning, Human Resources and fund-raising

Coro Foundation CityFocus participant

Co-authored two extensive, peer reviewed White Papers published by SHRM.
    "Unlawful Workplace Harassment: An Ongoing Employer Challenge"
    "Is there a Standard of Care to Define a Reasonable Harassment Investigation?"

On the editorial Board of the Employment Resource Advisory Institute (ERI)

Certified as Workplace Investigator after completing the intensive Association of Workplace Investigators Training Institute.

Member/Participant representing the Human Resource field and perspectives on the Equal Pay Task Force as part of the California Commission on the Status of Women

## *Professional Affiliations include:*

Association of Workplace Investigators (AWI) coordinated the Bay Area Local Circle

Active member of DMEC

Previously active on the national panel of experts for the Society of Human Resource Management (SHRM) in Diversity and Equal Employment. Longtime member of the national SHRM Legislative and EEO Committees

Active in the Northern California Human Resources Association (NCHRA) and was long time chair of the Legislative Committee

Recipient of the NCHRA Special Service Award

Licensed Private Investigator (California)

---

# Rhoma Young's Background on Labor Market Information, Occupational Assessment, Career Planning and Mitigation of Damages

Over the last 30+ years in human resources, I have thoroughly examined the Human Resources policies and practices of many organizations, evaluated their effectiveness and made recommendations for change. The human resource and equal employment practices apply to recruiting, hiring, promotions, discipline, training, termination and compensation . . . basically all of the areas in how employees are selected, treated and held accountable.

My consulting clientele is diverse in size and industry, ranging from fortune 100 companies, to small and mid-sized employers in health care, construction, manufacturing, trucking, distribution, sales and marketing, retail, financial services and high tech, both union and non-union. Clients also include government and nonprofit organizations.

I taught Human Resource professionals at San Francisco State University and related classes at UC Berkeley and Mills College in employee accountability through discipline and termination, improving workplace effectiveness through performance management and investigating and resolving employee complaints. Over the last 20 years I have worked as an expert witness in numerous cases and had to minutely examine the step-by-step implementation of policies and practices, plus assess and analyze, then testify on mitigation of damage efforts.   I have testified in several cases about the mitigation of damages and possible income loss in employment cases for both plaintiff and defense and in divorce litigation.

As part of my consulting practice, I also conduct employee recruiting and executive searches to help employers accurately assess their needs, source applicants, conduct the employee selection process and negotiate the "closing" process of final compensation, reference checking, future job content and performance expectations.  In doing Affirmative Action Plans for employers, I also researched skill/occupational, Labor Market Information, employee compensation and demographic data to define the most reasonable external "benchmark" which most closely mirrors an employer's workplace and employee population.

I work with organizations that are going through workforce reorganizations and restructuring that involve hiring, terminating and transferring employees and defining their current and the organizational skill needs and experience to find out if there is a match.  If there is not a match, I have researched, designed and conducted effective

outplacement programs designed to focus on facilitate and enhance the affected employees' reemployment.

I have researched labor market trends, skill and experience analyses and employment criteria as part of helping employees and employers define options in disability accommodation issues. I have also coordinated periodic functional analyses of both jobs and employees to determine possible "fit" into prior or alternative jobs.

As part of that work, I keep current on general labor market issues, trends and forecasts, as well as actual occupational analyses. I often assist and coach employees on the most practical and effective way to way conduct a job search, market their skills and talents.

In mitigation assessments, I am frequently supported by a group of very able associates to conduct thorough research and keep total project costs manageable. Employment research often includes individual conversations with industry experts and hiring managers to get an accurate and practical picture of the current and recent hiring activity. These conversations usually yield customized and specific circumstances and insights that might affect career options. Such conversations enhance and expand the usual LMI research by taking a personalized focus of an individual's professional, educational experience and weighing it against hiring manager expectations. Such individualized mitigation research incorporates another dimension, which are the respective individual's actual barriers or assets in their job search. Are they or are not they "hirable" and why?

While vocational testing is usually not as relevant for a person with an established career and employment background, if such testing would be helpful or needed (such as a disability situation in which a person cannot return to their former occupational areas), it can easily be arranged through a properly certified professional.

## Rule 26 Case List for Rhoma Young 2018

While I have been involved as an expert witness in a broad series of cases for both plaintiff and defendant, the following situations are those in which I have been deposed and/or testified as an HR expert in trial/arbitration in the last four years.

Lassiter v AHS. Defense represented by Andrea Carlise and Hanson Bridgett. Issues were race and gender discrimination, performance management, dress, code, quality of investigation and mitigation of damages/quality of job search. Deposed early 2018.

Moussouris v Microsoft. Defense represented by Jessica Perry. Issues are gender, quality of investigation, equity in pay and promotion. Rebuttal HR expert deposed in Spring 2018.

Sarkasian v. USC. Defense represented by Michael Williams at Quinn Emanuel. Issues are disability discrimination, wrongful termination, retaliation, performance management, interactive process and accommodation and investigation. Rebuttal HR expert. Deposed January 2018.

English v. Estes Freight. Defense represented by Poyner and Spruill. Issues are performance management, wrongful termination, discrimination on the basis of age and race. Rebuttal HR expert. Deposed August, 2017.

Edwards v. AC Transit. Defense represented by Tammy Brown at Foster Law. Issues were race, lack of promotion, retaliation, discrimination. Rebuttal HR expert. Deposed June 2017.

Castillo v Safelite. Plaintiff represented by Jinny Kim of Legal Aid at Work. Issues are retaliation, harassment, quality of investigation, associated disability, performance management, failure to prevent, HR policies and wrongful termination. Deposed May of 2017. Case settled.

Rotz v. Symetra. Plaintiff represented by Steve Murphy and Ron Spector. Issues are retaliation, age and gender discrimination, quality of investigation, policies and performance management. Deposed October, 2016. Case settled.

Sargent v. Cal State Sonoma Defense represented by Durie Tangri. Issues are retaliation, whistleblower retaliation, constructive discharge, performance management and quality of investigation. Deposed October, 2016. Testified in trial February 2017.

Teasley v SpaceX. Defense represented by Orrick Herrington and Fox Rothschild. Issues are gender and disability discrimination, retaliation, the interactive process, consideration for accommodation, pay administration, the quality and need for an investigation, performance management and accountability. Deposed October, 2016. Testified in trial October, 2016. Defense verdict.

Lannear v Diamond Pet Foods. Plaintiff represented by Bryan McCormack. Issues were racial harassment, performance management, prevention efforts and considerations, HR policies and procedures. Deposed June, 2016.

Magdaleno v. Ronpak. Defense represented by Keller Sloan. Issues are wrongful termination, ethnic origin, race discrimination, harassment, hostile work environment, performance management and employee and managerial accountability and the need for and quality of investigation. Deposed April 2016. Defense verdict.

Smith v. Northrop Grumman. Defense represented by Michael Hoffman. Issues are disability consideration, the interactive process, LOA, failure to prevent discrimination and retaliation, alternative job search efforts and response to other expert witness. Deposed March 2016. Case settled.

Evans v Poms Insurance. Plaintiff represented by Pillsbury Coleman. Issues are HR policies and practices in benefit coverage when an employee died while on LOA and insurance coverages transitioned from one company to another. Deposed March 2016. Case settled.

Avalos v Redwood Hill Farm. Plaintiff represented by Judy McCann. Issues are communication in the interactive process, exploration of accommodation, wrongful termination, failure to prevent and mitigation of damages. Deposed November 2015 and April, 2016. Case settled.

Mauldin v. ISS/VSS. Defense represented by Barbara Cotter. Issues are RIF selection process, recall and RTW, race, age, disability, LOA and RTW, need for and quality of investigation and efforts to prevent discrimination, harassment and retaliation. Deposed September, 2015. Testified in Arbitration in November, 2015.

Metzner v. Kaiser. Defense represented by Curley Hessinger. Issues are disability, LOA, RTW, retaliation, performance management and accountability, wrongful termination and quality of job search, efforts to mitigate and recent and projected job market information. Depo September, 2015. Testified in trial November 2015. Plaintiff verdict.

Thompson v. Kirby. Defense represented by David Frye et al, of Lathrop and Gage. Issues are sexual harassment, sexual assault, efforts to prevent, retaliation, complaint procedure, independent contractor v. employee status and usual HR practices, performance management, accountability and rebuttal to plaintiff HR expert. Deposition August, 2015. Case settled in January, 2016.

Bustos v. Global plastics. Plaintiff represented by Joe Beccera. Allegations include disability, use of LOA, FMLA/CFRA coverages, HR policies and practices, return to work, interactive process and accommodation, retaliation, RIF processes, performance management and wrongful termination. Deposed April 2015. Case settled.

Baker v. VSS. Retained by Laura Mc Hugh of Rediger McHugh. Allegations of race, age, and gender discrimination and harassment, wrongful termination, investigation, performance management and prevention of discrimination. Also opined on mitigation of damages.

Deposed April, 2015. Testified in arbitration, which was concluded in a defense finding.

Hurley v. California Dept of Parks and Recreation. Retained by Sedgwick (representing single defendant). Issues are quality of investigation, reliability of investigation, gender orientation, retaliation, discrimination, failure to prevent, hostile environment, harassment and performance management. Deposed February, 2015.

Pao v. Kleiner Perkins. Defense represented by Lynne Hermle, et al at Orrick. Issues are discrimination, gender, wrongful term, company response to complaint, quality of investigation, retaliation, failure to prevent, performance management and broad based HR policies, practices and procedures. Deposed Feb, 2015. Testified in trial in March 2015. Defense verdict.

Johnson v Sutter Health. Defense represented by Hanson Bridgett. Issues were mitigation of damages, quality, scope, depth and reasonableness of job search efforts, availability of comparable jobs, anticipated period of time in which to find a job and estimated potential income. Deposed May, 2014. Case settled.

Maloco v Prometrics. Defense represented by Allen Matkins and plaintiff by Chris Dolan. Issues included disability accommodation, interactive process, LOA, performance management, wrongful termination and retaliation. Deposed early 2014. Case settled.

Tina Brown Pruitt v. Oakland Arena Joint Venture-SMG. Plaintiff represented by Jocelyn Burton. Issues are policies and practices impacting wrongful termination, performance management, considerations of accommodation, the interactive accommodation discussion/process, LOAs, the organization's response to employee complaints of discrimination, retaliation and harassment, failure to prevent discrimination, management training and quality of the investigation. Deposed January, 2014. Case settled

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 2300 Contra Costa Boulevard, Suite 450, Pleasant Hill, CA 94523. I am employed in the County of Contra Costa where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On October 10, 2018, following ordinary business practice, I served the attached document(s) described below on the interested parties in said action addressed as follows:

**DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S EXHIBIT SETTING FORTH QUALIFICATIONS AND EXPERIENCE OF EXPERT WITNESSES**

Richard Rogers
Law Offices of Richard Rogers
100 Bush Street, #1980
San Francisco, CA  94104
Tel: 415-981-9788
Fax: 415-981-9798
RogersRMR@yahoo.com
Attorneys for Plaintiff

    **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth above, or as stated on the attached service list, on this date before 5:00 p.m.

    **(BY MAIL)** by placing a true and correct copy of the document(s) listed above enclosed in sealed envelope(s) with postage fully prepaid in the U.S. Mail at Pleasant Hill, California.

    **(BY PERSONAL SERVICE)** by placing a true and correct copy of the document(s) listed above in sealed envelope(s) and causing said envelope(s) to be delivered by hand this date to the offices of the addressee(s).

    **(BY E-MAIL)**

X    **(BY OVERNIGHT DELIVERY)** by placing a true and correct copy of the document(s) in a sealed envelope(s) and causing said envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 10, 2018, at Pleasant Hill, California.

_____
Dana Moxley